ELIZABETH A. SPERLING (State Bar No. 231474)
JESSICA L. SHARRON (State Bar No. 251702)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
elizabeth.sperling@alston.com
jessica.sharron@alston.com

Attorneys for Defendants
**SENTOSA PROPERTIES LLC, a Washington limited liability company,** and **ARNOLD HUANG**

DAVID M. GILMORE (State Bar No. 105429)
STEPHEN D. BLEA (State Bar No. 294339)
**GILMORE MAGNESS LEIFER**
P.O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899
dgilmore@gmlegal.net
sblea@gmlegal.net

Attorneys for Plaintiffs
**WILLIAM BARKETT, MONTEREY FINANCIAL ADVISORS LLC,** and **WASCO INVESTMENTS LLC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WILLIAM BARKETT; MONTEREY FINANCIAL ADVISORS LLC; WASCO INVESTMENTS LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>SENTOSA PROPERTIES LLC, and ARNOLD HUANG,<br><br>          Defendants. | Case No.: 1:14-CV-1698-LJO-JLT<br><br>**STIPULATION RE DEFENDANTS' DEADLINE TO ANSWER FIRST AMENDED COMPLAINT; ORDER DENYING STIPULATION AS MOOT**<br><br>(Doc. 59) |

Plaintiffs William Barkett, Monterey Financial Advisors, LLC, and Wasco Investments LLC (collectively "Plaintiffs") and Defendants Sentosa Properties LLC and

Arnold Huang ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record named herein, hereby stipulate as follows:

Whereas, Plaintiffs filed a First Amended Complaint on March 9, 2015 ("the FAC");

Whereas, Defendants filed a Motion to Dismiss on March 26, 2015 (the "Motion");

Whereas, hearing on the Motion is set for April 27, 2015;

Whereas, because the Defendants have a potentially case dispositive Motion currently pending before the Court, the Parties believe that Defendants should not file an Answer to the FAC until the Motion is heard and decided.

**NOW, THEREFORE**, it is hereby requested and stipulated by and between the Parties, through their respective counsel of record, that Defendants' deadline to file an Answer to the FAC be set for 14 days after the Court issues its final ruling on the Motion, if the case remains pending at that time, or another time to be prescribed by the Court.

**IT IS SO STIPULATED.**

DATED:  April 2, 2015          Respectfully submitted,
                               **ALSTON & BIRD LLP**

                               /s/ Jessica L. Sharron
                               Jessica L. Sharron
                               Attorneys for Defendants **SENTOSA PROPERTIES LLC,**
                               and **ARNOLD HUANG**

DATED:  April 2, 2015          Respectfully submitted,
                               **GILMORE MAGNESS LEIFER**

                               /s/ David M. Gilmore
                               David M. Gilmore
                               Attorneys for Plaintiffs **WILLIAM BARKETT,**
                               **MONTEREY FINANCIAL ADVISORS LLC;** and
                               **WASCO INVESTMENTS LLC**

## ORDER

Before the Court is the stipulation of counsel, set forth above, seeking an extension of time for Defendants to file a responsive pleading.  (Doc. 56)  However, as noted above, Defendants *have filed* a responsive pleading under Fed. R. Civ. P. 12(b).  (Doc. 59)

1  Thus, whether an answer will be filed will be determined by the Court when it decides
2  the merits of Defendants' motion to dismiss.  Thus, the stipulation seeking additional
3  time for Defendants to respond to the First Amended Complaint is **DENIED as**
4  **MOOT**.

IT IS SO ORDERED.

   Dated:   **April 6, 2015**                **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE